McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA CERVANTES and FRANCISCO REVUELTA, <br><br>             Plaintiffs, <br><br>     v. <br><br> UNITED STATES OF AMERICA, <br><br>             Defendant. | 1: 04 CV 6651 DLB <br><br> **STIPULATION AMENDING SCHEDULING ORDER and** <br> **AMENDED SCHEDULING ORDER** |

The parties to the above action have exchanged and responded to several sets of written discovery and completed at least five depositions. Pursuant to this case's April 5, 2005 and June 17, 2005 scheduling orders, non-expert discovery closed July 25, 2005.

Since the close of discovery, the parties have agreed to plaintiffs' propounding limited additional written discovery, as well as the taking of two additional depositions. This additional discovery will require the modification of certain pre-trial dates as set forth below. Significantly, the case's present scheduling orders contain no pre-trial deadlines or

conferences between October 2005 and March 2006.  As a result, the parties believe that pre-trail dates can be moved without affecting the case's pre-trial conference or trial dates, which are respectively scheduled to take place on March 3, 2006 and April 18, 2006.

The above scheduling orders contemplate the following pre-trial deadlines: (1) initial expert disclosure on August 29, 2005, (2) supplemental expert disclosure on September 19, 2005, (3) expert discovery closure on October 24, 2005, (4) non-dispositive motion filing deadline on September 26, 2005, (5) dispositive motion filing deadline on October 4, 2005 and (6) settlement conference on October 18, 2005 (Ctrm 6).  As specified below, the parties stipulate to extending each of these dates in order to accommodate the above-referenced additional discovery.

Good cause exists in support of this stipulation.  The parties agree to the above-referenced additional discovery in part due to the fact that trial is not scheduled to take place until April 2006.  In addition, the parties agree that experts should not be required to disclose reports until all discovery relevant to their opinions is analyzed, including the transcripts of depositions that have not yet taken place.  The parties also agree that motions should not be filed until discovery (including potential expert discovery) is completed, and that a settlement conference would be most meaningful if it took place after the court rules on any or all motions filed.

Accordingly, the parties hereby stipulate to the continuance of this action's deadlines as specified below.  The parties also

request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Expert Disclosure | August 29, 2005 | **October 1, 2005** |
| Supplemental Expert Disclosure: | September 19, 2005 | **October 22, 2005** |
| Expert Discovery: | October 24, 2005 | **November 24, 2005** |
| Non-Dispositive Motion Filing | September 26, 2005 | **October 26, 2005** |
| Dispositive Motion Filing | October 4, 2005 | **December 1, 2005** |
| Settlement Conference | October 18, 2005 | **January 24, 2006** |

Dated: August 29, 2005.                    August 30, 2005

                    Respectfully submitted,

DREYER, BABICH, BUCCOLA            McGREGOR W. SCOTT
& CALLAHAM                         United States Attorney

      (As auth. 8/29/05)
/s/ Hank G. Greenblatt              /s/ Brian W. Enos
HANK G. GREENBLATT                  BRIAN W. ENOS
Attorneys for                       Attorneys for
Eva Cervantes and                   United States of America
Francisco Revuelta

    IT IS SO ORDERED.

  **Dated:  August 31, 2005**              **/s/ Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE