```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272
Facsimile:  (559) 498-7432
```

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVA CERVANTES and FRANCISCO REVUELTA,<br><br>              Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | 1: 04 CV 6651 DLB<br><br>**STIPULATION TO PROTECTIVE ORDER RE DISCLOSURE OF CONFIDENTIAL INFORMATION and PROTECTIVE ORDER** |

   Plaintiffs Eva Cervantes and Francisco Revuelta ("plaintiffs") and defendant United States of America ("defendant"), through their counsel of record in this action, stipulate as follows:

   WHEREAS, plaintiff seeks the production of information relating to other lawsuits involving the U.S. Postal Service which the United States maintains to be confidential and private information;

   WHEREAS, the parties also wish to prevent the possibility of any misuse or unnecessary disclosure of the information plaintiff

seeks, regardless of the existence of any such confidentiality and/or privacy right;

THE PARTIES THEREFORE STIPULATE, pending further order of the Court, that the following procedures designed to ensure the protection of this confidential information shall govern all forthcoming pre-trial and trial proceedings:

1. The United States' information regarding other lawsuits, as well as any information contained therein, are hereby designated as "confidential information" that is privy to rights of confidentiality and privacy and subject to this stipulated Protective Order.

2. This confidential information may be shown, or its contents disclosed only to the following persons:

    (a) Counsel of record in this action and counsel's agents and employees;

    (b) Any expert used as a consultant or intended to be called as a witness who is retained by counsel of record to assist in the preparation and/or trial of this case; and

    (c) The parties to this action and their agents and employees.

Confidential information designated as subject to this Protective Order shall not be disclosed or shown to any other person or entity. If any other person or entity seeks the disclosure of such information, it must first obtain the United States' written consent or a court order.

3. Confidential information designated as subject to this stipulated Protective Order or any information derived therefrom

shall be used solely for the purpose of assisting counsel of record in connection with this litigation.

    4.   The parties' respective counsel of record each agree to make all reasonable efforts to ensure compliance with this Protective Order. Any persons referred to in paragraphs 2(b) and (c) of this stipulated Protective Order who receives information designated as confidential information pursuant to this stipulated Protective Order shall first read a copy of this stipulated Protective Order and agree in writing to abide by the terms thereof.

    5.   The parties enter into this stipulated Protective Order without prejudice to any party's right to object to the disclosure of any information on any ground that it/he/she may deem appropriate, and any party or non-party may, upon motion, seek relief from, or modification of, this Protective Order based on a showing of good cause.

    6.   The designation of any information as "confidential information" pursuant to this Protective Order is intended solely to facilitate the preparation of this case for trial. No party shall be obligated to challenge the propriety of any designation by the opposing party, and a failure to do so shall not preclude a subsequent attack on the propriety of any "confidential information" designation.

    7.   If confidential information is improperly disclosed to any person other than in the manner authorized by this Protective Order, the party responsible for the disclosure must immediately inform the other party of all pertinent facts relating to such

3

disclosure (including the name and address of each person to whom disclosure was made), promptly retrieve the improperly disclosed confidential information and shall make reasonable efforts to prevent further disclosure by said authorized person(s).

8. The parties agree that, prior to commencement of trial, they will enter into mutually agreeable stipulations and protective orders with respect to any confidential information to be disclosed during trial. Any unresolved disputes shall be resolved in accordance with the Federal Rules of Civil Procedure and addressed within the parties' pretrial statements. Any party intending to utilize any confidential information designated as confidential in a law and motion matter or at trial should lodge the document under seal so as to preserve its confidentiality pending the Court's determination regarding whether a privilege exists that precludes the use of the document or other information as evidence or determining what safeguards should be utilized if the confidential information is to be considered as evidence.

9. Upon final determination of this action, unless otherwise agreed to in writing by opposing counsel, each party shall either:

    (a) Assemble and return all material designated as protected third party information under this Protective Order, including all copies thereof, to the producing party and certify in writing that all such material has been returned; or

     (b)   Certify in writing that all such material has been destroyed.

10.   If any person breaches this stipulated Protective Order, any person may notice a hearing to the District Court requesting appropriate relief.

11.   All parties to this Protective Order have participated in drafting the Order.

Dated: September 27, 2005.         September 27, 2005

                    Respectfully submitted,

DREYER, BABICH, BUCCOLA        McGREGOR W. SCOTT
& CALLAHAM                    United States Attorney

(By Authority of 9/27/05)
/s/Hank G. Greenblatt          /s/Brian W. Enos
HANK G. GREENBLATT            BRIAN W. ENOS
Attorneys for                    Attorneys for
Eva Cervantes and             United States of America
Francisco Revuelta

IT IS SO ORDERED.

**Dated:   September 27, 2005**         **/s/ Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE