McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVA CERVANTES and FRANCISCO REVUELTA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | 1: 04 CV 6651 DLB<br><br>**STIPULATION and ORDER AMENDING SCHEDULING ORDER** |

　　　The parties to the above action have completed non-expert discovery. Initial expert reports have been exchanged. Defendant disclosed a rebuttal expert regarding damages on October 21, 2005. Expert discovery presently closes November 24, 2005. The parties anticipate taking the depositions of all experts designated in the case.

　　　Good cause exists in support of this stipulation. Counsel for the United States faces a November 8, 2005 trial regarding a complex condemnation dispute that is expected to last two weeks. Between now and trial, counsel must prepare supplemental briefing regarding pretrial motions, a joint pretrial statement, witness

lists, exhibit lists, jury instructions and a trial brief, as well as prepare witnesses and the like.  Accordingly, he will be unable to participate in expert depositions in advance of this action's expert discovery deadline.

Accordingly, the parties hereby stipulate to the continuance of this action's expert discovery and dispositive motion filing deadlines as specified below.  The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Expert Discovery: | November 24, 2005 | **December 31, 2005** |
| Dispositive Motion Filing | December 1, 2005 | **January 7, 2006** |

Dated: October 27, 2005.           October 27, 2005

Respectfully submitted,

DREYER, BABICH, BUCCOLA             McGREGOR W. SCOTT
& CALLAHAM                          United States Attorney

**(By authority 10/27/05)**
/s/Hank G. Greenblatt               /s/ Brian W. Enos_____
HANK G. GREENBLATT                  BRIAN W. ENOS
Attorneys for                       Attorneys for
Eva Cervantes and                   United States of America
Francisco Revuelta


    IT IS SO ORDERED.

   **Dated:   October 31, 2005**              **/s/ Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE