McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVA CERVANTES AND FRANCISCO REVUELTA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 1: 04 CV 6651 OWW/DLB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER THEREON** |

    Plaintiffs EVA CERVANTES and FRANCISCO REVUELTA and Defendant UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a Settlement Agreement entered into by the parties, effective February 7, 2006.  Each party shall bear their/its own costs.  The parties request that the Court retain jurisdiction to enforce the Settlement Agreement.

                                  Respectfully submitted,

Dated: February _24_, 2006.   McGREGOR W. SCOTT
                                       United States Attorney

                                By:  /s/Brian W. Enos
                                     BRIAN W. ENOS
                                     Assistant U.S. Attorney
                                     Attorneys for Defendant
                                     United States of America

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: February 27, 2006 | DREYER, BABICH, BUCCOLA & CALLAHAM |
|   | By:  /s/Hank G. Greenblatt<br>HANK G. GREENBLATT<br>Attorney for Plaintiffs<br>Eva Cervantes and Francisco Revuelta |

    IT IS SO ORDERED.

    **Dated:   March 6, 2006**　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE